RE: Case No. 15-0323            DATE: 4/28/2015
COA #: 01-14-00233-CV    TC#: 2013-04900
STYLE: DAVID DOTSON
   v. TPC GROUP, INC. AND TPC GROUP, LLC

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **May 27, 2015**.

                    MR. CHRISTOPHER  PRINE
                    CLERK, FIRST COURT OF APPEALS
                    301 FANNIN
                    HOUSTON, TX  77002